Case 2:21-cv-00116   Document 25   Filed on 12/13/21 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AGUSTIN NUNEZ REYNOSO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00116 |
| | § | |
| COX, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM AND RECOMMENDATION**
**TO DISMISS CASE FOR FAILURE TO COMPLY WITH COURT ORDERS**

Plaintiff, Agustin Nunez Reynoso, currently confined at the Federal Correctional Institution in Three Rivers, Texas, has filed this *pro se* civil rights complaint. (D.E.s 1 & 9). Plaintiff had been Ordered by the Court on two occasions to file an Amended Complaint. (D.E.s 20 & 23). Plaintiff was also warned on both occasions that his failure to comply with the Court's instructions may result in his case being dismissed for want of prosecution. Plaintiff has failed to submit an Amended Complaint as Ordered.

A district court has authority to dismiss a case for want of prosecution or for failure to comply with a court order. Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute). Although Plaintiff did file an objection to the Courts Order severing certain claims and directing Plaintiff to file an Amended Compliant (D.E. 24), Plaintiff failed to submit an Amended Complaint as directed by the Court.

Plaintiff, therefore, has not complied with court orders requiring him to file an Amended Complaint. He has been previously advised that this action may be dismissed for want of prosecution if he fails to comply with a court order. Dismissal remains warranted under these circumstances.

Accordingly, it is respectfully recommended that this Plaintiff's case be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b).

Respectfully submitted on December 13, 2021.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).